JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLINE SMITH, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AVIS BUDGET GROUP, INC. and DOES 1 -100, inclusive,<br><br>　　　　　Defendants. | Case No.  5:22-cv-974-JLS-SP<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. RULE 41** |

Based on the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice Pursuant to Fed. R. Civ. Proc. Rule 41 (the "Stipulation") (Doc. 22), good cause has been shown for the requested relief.  Therefore, the Stipulation is APPROVED. Plaintiff's entire action against all parties is DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).  The parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  July 4, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE